CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
cjc@thorndal.com
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
png@thorndal.com
THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER
1100 Bridger Avenue
Las Vegas, Nevada 89101
   MAIL TO:
   P.O. BOX 2070
   LAS VEGAS, NV  89125-2070
TEL: (702) 366-0622
FAX: (702) 366-0327

Attorney for Defendant,
ASPEN MANUFACTURING, LTD.

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES OF NEVADA, a Nevada Corporation; and PULTE HOME CORPORATION, a Michigan corporation,<br><br>                    Plaintiffs,<br>vs.<br><br>ASPEN MANUFACTURING, LTD., a Texas Limited Liability Corporation; and DOES 1-100,<br><br>                    Defendants. | CASE NO.  2:14-CV-01382-APG-VCF<br><br>**STIPULATION AND ORDER TO REVISE AND AMEND THE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (#12)** |

Plaintiff and Defendant, acting by and through counsel, stipulate that the Discovery Plan and Scheduling Order (#12) be revised and amended to reflect new agreed upon deadlines and dates. The reason for this revision and amendment is that Defendant is currently involved in state court litigation involving the same evaporator coil



that is at issue in this matter. The state court matter is entitled *The Seasons Homeowners Association v. Richmond American Homes of Nevada, et al.*, Case No. A-13-676550-D. In the *Seasons* case, the Special Master has issued a Case Management Order that requires the Defendants in that matter, including Aspen Manufacturing, Ltd., to deposit its expert reports on September 11, 2015. In light of the similarity between this case and the *Seasons* case, the parties have agreed that an earlier disclosure of expert witnesses in this matter could have a significant negative impact on the *Seasons* litigation.

As the issues involving the evaporator coils are virtually identical between this Federal Court action and the State Court action, and in order to maintain consistency between the two litigations, Plaintiff and Defendant, herein, respectfully request that the Stipulated Discovery Plan and Scheduling Order (#12) more closely track the State Court's Case Management Order. As such, the parties agree to the following new deadlines:

1. **Date First Defendant Answered**

Unchanged.

2. **Meeting**

Unchanged

3. **Initial Disclosures**

Unchanged

4. **Discovery Plan**

Unchanged

///



Stipulation And Order To Revise And Amend The Stipulated Discovery Plan And Scheduling Order (#12)
CASE NO. 2:14-CV-01382-APG-VCF
Page 2 of 5

**5. Discovery Cut Off Date**

Discovery is proposed to close on **November 27, 2015**. This extension is requested so that the Federal Court action can more closely track the State Court action.

**6. Amending the Pleadings and Adding Parties**

The parties shall have ninety (90) days prior to the close of discovery within which to amend the pleadings or add additional parties. The last day for amending pleadings or adding parties shall be **August 27, 2015**.

**7. Fed. R. Civ. Proc. 26(a)(2) and LR 26-1(e)(3) Disclosures (Experts)**

Disclosures identifying experts shall be made **August 28, 2015**. Disclosures identifying rebuttal experts shall be made **September 28, 2015**.

**8. Dispositive Motions**

The parties shall have until **December 28, 2015** to file dispositive motions. This is thirty (30) days after the close of discovery.

**9. Pretrial Order**

The Joint Pretrial Order shall be filed by **January 27, 2016**, which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

**10. Stipulation Regarding Limitations or Conditions or Additional Discovery**

Unchanged.


THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

Stipulation And Order To Revise And Amend The Stipulated Discovery Plan And Scheduling Order (#12)
CASE NO. 2:14-CV-01382-APG-VCF
Page 3 of 5

**11. <u>Interim Status Report</u>**

An interim status report shall be submitted by the parties by **September 28, 2016**, which is no later than sixty (60) days before the discovery cut off. The interim status report will state the time the parties estimate will be required for trial, giving three (3) alternative available trial dates, and stating whether, in the opinion of counsel who will try the case, trial will be eliminated or its length affected by substantive motions. This status report shall be signed by counsel for each party.

**12. <u>Later Appearing Parties</u>**

Unchanged.

**13. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order Pursuant to LR 26-4</u>**

Unchanged.

**14. <u>Mediation</u>**

Unchanged.

**15. <u>Protective Order</u>**

Unchanged.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /


THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

DATED this 14th day of July, 2015.

| THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER | KOELLER, NEBEKER, CARLSON & HALUCK, LLP |
|---|---|
| /s/ Philip Goodhart | /s/ Alicia A. Young |
| CHRISTOPHER J. CURTIS, ESQ.<br>Nevada Bar No. 4098<br>PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>1100 Bridger Avenue<br>Las Vegas, Nevada 89101<br>Attorney for Defendant,<br>ASPEN MANUFACTURING, LTD. | JASON W. WILLIAMS, ESQ.<br>Nevada Bar No. 8310<br>ALICIA A. YOUNG, ESQ.<br>Nevada Bar No. 10891<br>300 South Fourth Street<br>Suite 500<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff,<br>PULTE HOMES OF NEVADA |

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___July 14, 2015___

Respectfully Submitted by,

THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER

/s/ Philip Goodhart
_____
CHRISTOPHER J. CURTIS, ESQ.
Nevada Bar No. 4098
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 Bridger Avenue
Las Vegas, Nevada 89101
Attorney for Defendant,
ASPEN MANUFACTURING, LTD.

