JASON W. WILLIAMS, ESQ.
Nevada Bar No. 8310
ALICIA A. YOUNG, ESQ.
Nevada Bar No. 10891
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. Fourth St., Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
jason.williams@knchlaw.com
Attorneys for Plaintiffs
PN II, INC. dba PULTE HOMES OF NEVADA and PULTE HOME CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PN II, INC. dba PULTE HOMES OF NEVADA, a Nevada Corporation; and PULTE HOME CORPORATION, a Michigan corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ASPEN MANUFACTURING, LTD., a Texas Limited Liability Corporation; and DOES 1-100,<br><br>Defendants. | CASE NO.: 2:14-CV-01382-APG-VCF<br><br>**STIPULATION AND ORDER TO REVISE AND AMEND THE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (#14)**<br><br>**[SECOND REQUEST]** |

Plaintiffs and Defendant, acting by and through counsel, stipulate that the Discovery Plan and Scheduling Order (#14) be revised and amended to reflect new agreed upon deadlines and dates. The reason for this revision and amendment is that Defendant is currently involved in state court litigation involving the same evaporator coil that is at issue in this matter. The state court matter is entitled *The Seasons Homeowners Association v. Richmond American Homes of Nevada, et al.*, Case No. A-13-676550-D. In the *Seasons* case, the Special

319671

Master has issued an Amended Case Agenda that requires the Defendants in that matter, including Aspen Manufacturing, Ltd., to deposit its expert reports on October 9, 2015. In light of the similarity between this case and the *Seasons* case, the parties have agreed that an earlier disclosure of expert witnesses in this matter could have a significant negative impact on the *Seasons* litigation.

As the issues involving the evaporator coils are virtually identical between this Federal Court action and the State Court action, and in order to maintain consistency between the two litigations, Plaintiff and Defendant, herein, respectfully request that the Stipulated Discovery Plan and Scheduling Order (#14) more closely track the State Court's Case Management Order. As such, the parties agree to the following new deadlines:

1. **Date First Defendant Answered**

Unchanged.

2. **Meeting**

Unchanged

3. **Initial Disclosures**

Unchanged

4. **Discovery Plan**

Unchanged

5. **Discovery Cut Off Date**

Discovery is proposed to close on **January 26, 2016**. This extension is requested so that the Federal Court action can more closely track the State Court action.

6. **Amending the Pleadings and Adding Parties**

The parties shall have ninety (90) days prior to the close of discovery within which to amend the pleadings or add additional parties. The last day for amending pleadings or adding parties shall be **October 27, 2015**.

/ / /

319671

### 7. Fed. R. Civ. Proc. 26(a)(2) and LR 26-1(e)(3) Disclosures (Experts)

Disclosures identifying experts shall be made **October 27, 2015**. Disclosures identifying rebuttal experts shall be made **November 27, 2015**.

### 8. Dispositive Motions

The parties shall have until **February 26, 2016** to file dispositive motions. This is thirty (30) days after the close of discovery.

### 9. Pretrial Order

The Joint Pretrial Order shall be filed by **March 28, 2016**, which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

### 10. Stipulation Regarding Limitations or Conditions or Additional Discovery

Unchanged.

### 11. Interim Status Report

An interim status report shall be submitted by the parties by **November 27, 2015**, which is no later than sixty (60) days before the discovery cut off. The interim status report will state the time the parties estimate will be required for trial, giving three (3) alternative available trial dates, and stating whether, in the opinion of counsel who will try the case, trial will be eliminated or its length affected by substantive motions. This status report shall be signed by counsel for each party.

### 12. Later Appearing Parties

Unchanged.

### 13. Extensions or Modifications of the Discovery Plan and Scheduling Order Pursuant to LR 26-4

Unchanged.

///

319671

**14. Mediation**

Unchanged.

**15. Protective Order**

Unchanged.

| | |
|---|---|
| DATED this 24th day of August, 2015. | DATED this 24th day of August, 2015. |
| KOELLER, NEBEKER, CARLSON & HALUCK, LLP | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| By: ____/s/ Alicia A. Young_____<br>JASON W. WILLIAMS, ESQ.<br>Nevada Bar No. 8310<br>ALICIA A. YOUNG, ESQ.<br>Nevada Bar No. 10891<br>300 S. Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>Attorneys for Plaintiffs, PN II, INC. dba PULTE HOMES OF NEVADA and PULTE HOME CORPORATION | By:____/s/ Philip Goodhart_____<br>CHRISTOPHER J. CURTIS, ESQ.<br>Nevada Bar No. 4098<br>PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>1100 Bridger Avenue<br>Las Vegas, NV 89101<br>Attorneys for Defendant, ASPEN MANUFACTURING, INC. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2015
_____

Respectfully Submitted by,
KOELLER, NEBEKER CARLSON & HALUCK, LLP

By: _____/s/ Alicia A. Young_____
    JASON W. WILLIAMS, ESQ.
    Nevada Bar No. 8310
    ALICIA A. YOUNG, ESQ.
    Nevada Bar No. 10891
    300 S. Fourth Street, Suite 500
    Las Vegas, NV 89101
    Attorneys for Plaintiffs, PN II, INC. dba PULTE HOMES OF NEVADA and PULTE HOME CORPORATION

319671