UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

PN II, INC., *et al.*,

        Plaintiffs,

vs.

ASPEN MANUFACTURING, LTD.,

        Defendant.

2:14-cv-01382-APG-VCF

**ORDER**

       Before the Court is the Emergency Motion to Extend Discovery (ECF No. 31).

       IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Extend Discovery (ECF No. 31) is scheduled for 1:00 p.m., October 24, 2016, in Courtroom 3D.

       DATED this 20th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE